# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "J" cases are hereby reallotted to Judge William Crain, Section "C" of this Court, effective as of the date of this Order.

**Civil:**

| | | |
|---|---|---|
| 1. | 23-7313 | SEALED v. SEALED |
| 2. | 24-1152 | Howard et al. v. Amy's Seafood Mart, LLC et al. |
| 3. | 24-2764 | Aldridge v. ExxonMobil et al. |
| 4. | 25-342 | Washington v. USPS et al. |
| 5. | 25-1698 | Bolin v. United States Department of Veterans Affairs |
| 6. | 25-2017 | In re.: Westbank Holdings, LLC et al. |
| 7. | 25-2019 | In re.: Westbank Holdings, LLC et al. |
| 8. | 25-2271 | USA et al. v. Smitty's Supply, Inc. |
| 9. | 25-2336 | Moore v. Chalmette Refining, LLC et al. |

New Orleans, Louisiana this 7th day of January, 2026.

_Wendy B. Vitter_
**WENDY B. VITTER, Chief Judge**
**United States District Court**