UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**O R D E R**

**IT IS ORDERED** that Civil Action 25-2271, *USA, et al. v. Smitty's Supply, Inc.*, be **TRANSFERRED BACK** to Section J of this Court.

**IT IS FURTHER ORDERED** that, for purposes of keeping transfers to Judge William J. Crain evenly distributed among the judges of the Court, Civil Action 25-145; *Engler v. Paycom Software, Inc.*, be transferred from Section J to Judge Crain, Section C of this Court.

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "C" directing otherwise.

New Orleans, Louisiana, this 11th day of February, 2026.

**WENDY B. VITTER, Chief Judge**
**United States District Court**