UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ET AL. | CIVIL ACTION |
| VERSUS | NO. 25-2271 |
| SMITTY'S SUPPLY INC. | SECTION: "J"(4) |

## ORDER

Considering Defendant Smitty's Supply Inc.'s *Unopposed Motion for Extension of Time to File Responsive Pleadings* **(Rec. Doc. 4)** and *Unopposed Motion for Extension of Time to File Responsive Pleadings* **(Rec. Doc. 6)**,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED,** and that Defendant shall have until **March 6, 2026**, to file responsive pleadings.

New Orleans, Louisiana this 19th day of February, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE