UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ET AL. | CIVIL ACTION |
| VERSUS | NO. 25-2271 |
| SMITTY'S SUPPLY INC. | SECTION: "J"(4) |

**ORDER**

Considering the foregoing *Movant's Ex Parte Motion and Incorporated Memorandum for Clarification of the Court's Stay Order* **(Rec. Doc. 21)**, filed by Louisiana Environmental Action Network and Northshore Riverwatch, and the Order & Reasons on the *Motion to Intervene as of Right* (Rec. Doc. 22) issued by Magistrate Judge Karen Wells Roby,

**IT IS HEREBY ORDERED** that the parties' ex parte motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of September, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE