IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>THE STATE OF LOUISIANA, THROUGH THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY AND LOUISIANA ATTORNEY GENERAL LIZ MURRILL<br><br>Plaintiffs,<br><br>v.<br><br>SMITTY'S SUPPLY, INC.<br><br>Defendant. | ) | Civil Action No. 25-2271<br><br>SECTION: "J"(4) |

**STATUS REPORT**

Pursuant to the Court's *Order to Stay the Proceeding For Six Months Pending Settlement Negotiations* (Rec. Doc. 19) entered on May 18, 2026, Plaintiffs, the United States of America, on behalf of the United States Environmental Protection Agency, and the State of Louisiana, through the Louisiana Department of Environmental Quality and by and through the authority of the Louisiana Attorney General Liz Murrill, submit this Status Report to update the Court on the ongoing settlement negotiations as follows:

1. Plaintiffs and Defendant Smitty's Supply, Inc. ("Smitty") (collectively, the "Parties") are engaging in settlement negotiations to try to resolve the case.

2. Since the previous Status Report, filed on July 17, 2026 (Rec Doc. 20), Smitty provided comments on the proposed injunctive relief terms, which comments Plaintiffs are

evaluating. Plaintiffs are considering the next steps in the negotiation, including whether and when to schedule an in-person meeting with Smitty.

3. In the prior Status Report, the Plaintiffs notified the Court of their intention to file a proposed Settlement Confidentiality Order on or before August 21, 2026. Plaintiffs are evaluating the need for such an order for this matter.

Dated: September 15, 2026

Respectfully submitted,

**FOR THE STATE OF LOUISIANA THROUGH THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY AND ATTORNEY GENERAL LIZ MURRILL:**

LIZ MURRILL
ATTORNEY GENERAL

By: */s/ Richelle N. Moore*
RICHELLE N. MOORE (La. # 30641)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P.O. Box 94005
Baton Rouge, LA 70821
Telephone: (225) 326-6000
Facsimile: (225) 326-6099
Email: MooreR@ag.louisiana.gov

By: */s/ Jimmy R. Faircloth, Jr.*
JIMMY R. FAIRCLOTH, JR. (La. # 20645)
Special Assistant Attorney General
**Faircloth Melton Bash & Green, LLC**
105 Yorktown Drive
Alexandria, LA 71303
Phone: (318) 619-7755
Fax: (318) 619-7744
Email: jfaircloth@fairclothlaw.com

and

JILL C. CLARK, General Counsel (# 33050)

By: *_/s/ Jay L. Glorioso_*

JAY L. GLORIOSO (# 28050)
Trial Attorney: MICHAEL J. DANIELS (# 20775)
Louisiana Department of Environmental Quality
Legal Division
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Telephone: (225) 219-3985
Fax: (225) 219-4068
Email: Jay.Glorioso@la.gov
Mike.Daniels@la.gov

**FOR THE UNITED STATES OF AMERICA:**

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Energy and Natural Resources Division
U.S. Department of Justice

By: *_/s/ Kiana Courtney_*

Trial Attorney: KIANA COURTNEY (Florida Bar # 1010206)
HANNAH FRAZIER (Oregon Bar # 215453)
Trial Attorneys
United States Department of Justice
Energy and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 532-3316
Email: Kiana.Courtney@usdoj.gov
Hannah.Frazier@usdoj.gov

OF COUNSEL:

TUCKER HENSON (Texas Bar # 24065401)
Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1201 Elm Street
Dallas, Texas 75202-2733
Phone: (214) 665-8148

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 15, 2026, a true and correct copy of the foregoing STATUS REPORT is being served on all counsel of record via electronic mail and/or the Court's CM/ECF system.

s/ Jimmy R. Faircloth, Jr.
JIMMY R. FAIRCLOTH, JR.